IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,           No. CIV-S-06-1183 MCE KJM

  vs.

BARBER AUTO SALES,

    Defendant.           <u>ORDER</u>

_____/

     Plaintiff's motion to compel came on regularly for hearing November 15, 2006. Adam Sorrells appeared for plaintiff. Daniel O'Connell appeared telephonically for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

     1. Within fourteen days from the date of this order, defendant shall respond, without objection, to interrogatories nos. 1, 2, 3 and 7. Based on the representations of defense counsel at the hearing, the motion to compel further responses to interrogatories nos. 4, 5, 6, 8 and 9 is denied.

     2. Within fourteen days from the date of this order, defendant shall produce, without objection, documents responsive to document request nos. 1, 5, 7, 8, 11, 12 and 13. With respect to request no. 8, however, defendant may make a privacy objection. With respect to

1

request nos. 11 and 13, documents need be produced only if identified in the corresponding interrogatory responses and initial disclosures. Based on the representations of defense counsel at the hearing, the motion to compel production of documents, request nos. 2, 3, 4, 6, 9 and 10 is denied.

       3. The site inspection noticed by plaintiff shall take place within ninety days from the date of this order.

       4. Reasonable expenses incurred in connection with this motion are awarded to plaintiff in the amount of $400.00.

DATED: November 27, 2006.

_____
U.S. MAGISTRATE JUDGE

006
chapman.oah