1  ADAM SORRELLS, SBN 160226, *An Independent Contractor*
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6

7  MARK INTRIERI, SBN 116627
   CHAPMAN & INTRIERI, LLP
8  2236 Mariner Square Drive, Suite 300
   Alameda, CA 94501
   Telephone: (510) 864-3600
9  Fax: (510) 864-3601

10 Attorney for Defendants

11

12

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16 BYRON CHAPMAN,                         Case No. 2:06-cv-1183-MCE-KJM

17        Plaintiff,

18 v.                                     **STIPULATION OF DISMISSAL AND ORDER THEREON**

19 BARBER AUTO SALES, INC. dba BARBER
   DEAL GROUP; RONALD L. BARBER,
20
          Defendants.
21 _____/

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and a Settlement Agreement and Release, Plaintiff, Byron Chapman and Defendants, Barber Auto Sales, Inc. dba Barber Dealer Group and Ronald L. Barber, hereby request that the Complaint of Plaintiff be dismissed with prejudice.

Dated: April 9, 2007                         DISABLED ADVOCACY GROUP, APLC


 /s/ Adam Sorrells
ADAM SORRELLS, *an Independent Contractor*
Attorney for Plaintiff

Dated: April 5, 2007                         CHAPMAN AND INTRIERI, LLP


 /s/ Mark Intrieri
MARK INTRIERI
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the Complaint of Plaintiff, USDC Case No. 2:06-cv-01183-MCE-KJM, is hereby dismissed with prejudice.

Dated: April 12, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE